Opinion issued February 23, 2012.










 

 

 

 

 









 








 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00991-CV

____________

 

DEBORAH KAY BRINSDON, Appellant

 

V.

 

BARBARA MAY RITZERT, INDIVIDUALLY AND AS 

EXECUTRIX OF THE ESTATE OF GEORGE H. THOMEN, Appellee

 

 

 



On Appeal from Probate Court Number Four

Harris County, Texas

Trial Court Cause No. 380,783-401

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed July 21, 2011.  On January 23, 2012, the parties filed a joint
motion to dismiss the appeal, stating that “all matters in controversy between
Appellant and Appellee have been settled and resolved.” See Tex. R. App. P.
42.1. 

We grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.1(a), 43.2(f).  We dismiss any other pending motions as moot
and direct the Clerk to issue mandate within 10 days of the date of this
opinion.  See Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of
Justices Jennings, Massengale, and Huddle.